## Commonwealth *v.* Howell, Appellant.

Submitted June 13, 1967. *William Stewart* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Michael M. Baylson* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Huntt, Appellant.

Submitted June 12, 1967. *Robert Bruce Huntt*, appellant, in propria persona; *Ralph B. D'Iorio* and *Vram Nedurian, Jr.*, Assistant District Attorneys, *John R. Graham*, First Assistant District Attorney, and *Paul R. Sand*, District Attorney, for Commonwealth, appellee.

Order affirmed.